AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Central District - Southern Division on the following

☐ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>8:19-cv-01207 PSG | DATE FILED | U.S. DISTRICT COURT<br>Central District - Southern Division | |
|---|---|---|---|
| PLAINTIFF<br>TECHNICAL LED INTELLECTUAL PROPERTY, LLC | | DEFENDANT<br>ALURATEK, INC. | |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | RE41,685 | 9/19/2010 | TECHNICAL LED INTELLECTUAL PROPERTY, LLC |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| see attached |

| CLERK<br>KIRY K. GRAY | (BY) DEPUTY CLERK<br>[signature] | DATE<br>7/18/2019 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director     **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director     **Copy 4**—Case file copy

BRANDON C. FERNALD (SBN 222429)
brandon@fernaldlawgroup.com
**FERNALD LAW GROUP APC**
510 West Sixth Street, Suite 700
Los Angeles, California 90014
Telephone: 323.410.0320
Facsimile: 323.410.0330

LOUIS M. HEIDELBERGER (Pro Hac Vice To Be Filed)
Louis.heidelberger@gmail.com
**THE LAW OFFICES OF LOUIS M. HEIDELBERGER, ESQ. LLC.**
1229 Laurel Oak Lane
York, Pennsylvania 17403
Telephone: 215.284.8910
Facsimile: 267.388.3996

Attorneys for Plaintiff
TECHNICAL LED INTELLECTUAL PROPERTY, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNICAL LED INTELLECTUAL PROPERTY, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ALURATEK, INC., a California corporation<br><br>Defendants. | Case No. 8:19-cv-01207-PSG-GJS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJDUICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and the terms of a confidential settlement agreement between the parties, Plaintiff Technical LED Intellectual Property, LLC ("Technical LED") hereby files this Notice of Voluntary Dismissal, dismissing its claims against Defendant Aluratek, Inc. ("Aluratek") without prejudice.

Technical LED filed its *Complaint for Patent Infringement* ("Complaint") on June 17, 2019. Dkt. No. 1. Aluratek has not yet answered the Complaint, nor filed a motion for summary judgment.

By filing this Notice of Voluntary Dismissal, Technical LED hereby dismisses the case against Aluratek under Federal Rule of Civil Procedure 41(a)(1)(A)(i) without prejudice, with each party to bear its own attorneys' fees and costs.

DATED: July 17, 2019          **FERNALD LAW GROUP APC**

By: */s/Brandon C. Fernald*
      Brandon C. Fernald

Attorneys for Plaintiff
TECHNICAL LED INTELLECTUAL PROPERTY, LLC